

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable I. L. Chandler
County Auditor
Montague County
Montague, Texas

Dear Sir:

Opinion No. O-4538
Re: Commissioners' Court of Montague County has no authority to pay items of hospital treatment for indigent sick to out-of-county hospital and related matter.

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"Does the Commissioners' Court of Montague County have authority to pay items of Hospital treatment for indigent sick to any Hospital outside of the County?

"I have before me the ruling for Hall County O-673 as to that County.

"If the County Judge or either of the Commissioners give out orders to have this work done without the knowledge of the Auditor first being consulted relative to such cases. The thing that I want to know is will I be justified in not allowing said account to be paid when presented to the Court for payment?"

Under the authorities cited in opinions Nos. O-673 and O-2179 of this department, copies of which are enclosed for your information, we answer your first question in the negative.

It is the duty of the County Auditor to see to the strict enforcement of the law governing county finances. (Article 1651, V. A. C. S.) It is his duty to examine and inquire

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

into the correctness of accounts against the county. (Article 1655, V. A. C. S.) Claims, bills and accounts against the county are subject to the approval of the County Auditor before payment can be made. (Article 1660, V. A. C. S.) The County Auditor's bond provides for the <u>faithful performance of his duties</u>. (Article 1649, V. A. C. S.)

In answer to your second question you are respectfully advised that it is the opinion of this department that you have no legal authority to approve the accounts described in your letter and that it is your duty to refuse to approve such accounts.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:GO

ENCLOSURES

APPROVED JUN 13, 1942

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY